UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC.<br><br>　　　Plaintiff<br><br>VERSUS<br><br>CAMALEON PAINT SERVICES AND MORE LLC and LETICIA JUAREZ<br><br>　　　Defendants | § § § § § § § § § § § §　CIV. ACTION NO. 1:20cv309-TBM-RPM |

## FINAL JUDGMENT

For good cause shown, this Court grants the consent motion to enter final judgment, finding as follows:

1. State National Insurance Company filed this action seeking a declaration the Policy (as defined in the Second Amended Complaint for Declaratory Judgment (Rec. Doc. 19)) does not provide coverage for claims against Defendant Camaleon Paint Services and More LLC by Defendant Leticia Juarez.

2. Juarez filed a stipulation of no coverage that the Employer's Liability exclusion included in the Policy issued by State National Insurance Company, Inc., to Rodrigo A. Lopez/Camaleon Paint Service and More, LLC, bars coverage for any and all claims arising out of injuries sustained by Juarez on June 5, 2020, as she was an employee of Camaleon Paint Service and More, LLC. Rec. Doc. 37.

3. State National's Motion for Default Judgment was granted against Defendant Camaleon Paint Services and More LLC finding that State National is entitled to a declaratory judgment that it has no obligation to defend or indemnify Camaleon. Rec. Doc. 38.

WHEREFORE, having considered the circumstances, it is ORDERED, ADJUDGED AND DECREED that:

1. State National has no obligations under the Policy or otherwise to Rodrigo A. Lopez/Camaleon Paint Service and More, LLC or Leticia Juarez in connection with the lawsuit filed by Juarez in the Second Judicial District in the Circuit Court of Harrison County, Mississippi, Cause Number A-2402-2021-062, entitled *Leticia Juarez v.*

*Camaleon Paint Services, et al.* [R. Doc. 19 at Ex. A] ("Second Underlying Lawsuit"), or any acts or omissions giving rise to the allegations in that action; and

2. This action is DISMISSED WITH PREJUDICE with the parties bearing their own costs.

IT IS SO ORDERED this 5th day of July, 2022.

                              Hon. Taylor B. McNeel
                              United States District Court

**AGREED TO:**

**PIPES MILES BECKMAN LLC**

BY:   */s/ Ryan M. Hall*
        Ryan M. Hall (MS Bar#103458)
        1100 Poydras Street, Suite 1800
        New Orleans, LA 70163
        Telephone: (504) 322-7070
        Facsimile:  (504) 322-7520
        Email: rhall@pipesmiles.com

ATTORNEY FOR PLAINTIFF,
STATE NATIONAL INSURANCE
COMPANY, INC.

AND

**BOYCE HOLLEMAN & ASSOCIATES**

BY:   */s/ Patrick T. Guild*
Patrick T. Guild (MS Bar#103739)
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS 39501
Telephone: (228) 863-3142
Facsimile:  (228) 863-9829
Email: patrick@boyceholleman.com

ATTORNEY FOR DEFENDANT,
LETICIA JUAREZ